AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA



FILED
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| CAMERINO RAMIREZ-RODRIGUEZ | CASE NUMBER: 08CR2474-W |

I, CAMERINO RAMIREZ-RODRIGUEZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7-24-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Camerino R. Rodriguez_
_Camerino R. Rodriguez_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer